**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**LUIS EDGARDO MATAMOROS AGUIRRE,**

**Petitioner,**

**v.** **Civil Action No. 3:26cv1334**

**NEY HIDALGO, *et al.*,**

**Respondents.**

**ORDER**

This matter comes before the Court on Petitioner Luis Edgardo Matamoros Aguirre's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). (ECF No. 1.) The Petition complies with Rule 2 of the Rules Governing Section 2254 Cases.[1]

Respondents SHALL file a response to the Petition within five (5) days of the entry of this Order. Petitioner SHALL file a reply in further support of the Petition within three (3) days of the date of entry of the response by Respondents.

It is FURTHER ORDERED that Petitioner IS NOT to be removed or transferred from this district for any reason without this Court's permission until the Court has ruled on the Petition. If Petitioner has already been removed or transferred from this district, it is ORDERED that Petitioner IS NOT to be removed or transferred again without this Court's permission until the Court has ruled on the Petition.

---

[1] Rule 1(b) of the Rules Governing § 2254 cases permits this Court to apply the Rules Governing § 2254 Cases to petitions under 28 U.S.C. § 2241. Rule 1(b), Rules Governing § 2254 Cases; *see Aguayo v. Harvey*, 476 F.3d 971, 976 (D.C. Cir. 2007).

The Clerk is DIRECTED to forward a copy of this Order to all counsel of record and the United States Attorney's Office for the Eastern District of Virginia, Richmond Division.

Service shall be made upon Respondents by electronically transmitting a copy of this Memorandum Order and the petition to the United States Attorney for the Eastern District of Virginia. A copy of this Memorandum Order shall also be sent to Petitioner's counsel of record.

It is SO ORDERED.

/s/
M. Hannah Lauck
Chief United States District Judge

Date: 10/16/26
Richmond, Virginia